**Richard E. DUTTON d/b/a East Evans Radio & TV, Inc., Petitioner,**

v.

**The DENVER FIRE REPORTER AND PROTECTIVE CO., a Colorado Corporation d/b/a Denver Burglar Alarm Co., Respondent.**

**No. 87SC72.**

Supreme Court of Colorado, En Banc.

April 25, 1988.

### ORDER OF COURT
Upon consideration of the briefs and the record submitted in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Petition for Writ of Certiorari is DENIED as having been improvidently granted.

**Phillip McKEEHAN, Petitioner,**

v.

**The PEOPLE of the State of Colorado, Respondent.**

**No. 86SC405.**

Supreme Court of Colorado, En Banc.

April 28, 1988.

### ORDER OF COURT
Upon consideration of the oral argument by counsel and the briefs and record submitted in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Petition for Writ of Certiorari is DENIED as having been improvidently granted.